# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of January, two thousand fifteen.

Before:      Richard C. Wesley,
                        *Circuit Judge*.

_____

Liberty Media Corporation, *et al.*,

Plaintiffs-Appellees-Cross-Appellants,

        v.

Vivendi Universal, S.A., Universal Studios, Inc.,

Defendants-Appellants-Cross-Appellees.
_____

**ORDER**
Docket Nos. 13-596(L), 13-739(XAP)

IN RE VIVENDI UNIVERSAL, S.A.        Docket Nos. 15-180(L), 15-208(XAP)
SECURITIES LITIGATION
_____

Vivendi has filed a motion requesting that the Court establish a coordinated schedule for briefing and oral argument for the appeals docketed under 13-596(L), 13-739(XAP), and 15-180(L), 15-208(XAP). Vivendi also requests an extension of the type-volume limitation of FRAP 28.1(e)(2)(A) for the parties' briefs.

IT IS HEREBY ORDERED that the motion for a coordinated briefing and oral argument schedule is GRANTED. The Court so orders the briefing schedule proposed by the parties, as set forth in Exhibit A to Vivendi's motion. The appeals shall be heard in tandem on the first available date on or after September 28, 2015. IT IS FURTHER ORDERED that Vivendi's request to extend the type-volume limitation of FRAP 28.1(e)(2)(A) for the parties' briefs, as set forth in Exhibit B to the motion, is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

